IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN L. ROCHIN,<br><br>           Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br><br>           Defendant.<br>_____/ | CASE NO.  1:03-cv-05620-TAG<br><br>ORDER REMANDING THE CASE UNDER 42 U.S.C. § 405(g), SENTENCE FOUR, PURSUANT TO THE JUDGMENT AND MEMORANDUM OF THE NINTH CIRCUIT (Doc. 30).<br><br>ORDER DIRECTING THE CLERK TO VACATE THIS COURT'S JUDGMENT FOR DEFENDANT, AND ENTERING JUDGMENT FOR PLAINTIFF (Doc. 18). |

Kathryn L. Rochin ("Plaintiff"), represented by counsel, filed a complaint in this Court seeking judicial review of an administrative decision denying her claim for disability benefits under the Social Security Act ("Act"). (Doc. 2). Pursuant to 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties consented to proceed before a United States Magistrate Judge, and this action was assigned to the Magistrate Judge pursuant to an order signed by a district court judge. (Doc. 12). On September 23, 2004, the Magistrate Judge entered a memorandum and decision concluding that the administrative law judge ("ALJ") had properly denied plaintiff disabilities benefits, and ordered that judgment be entered in favor of Defendant Jo Anne B. Barnhart, the Commissioner of Social Security ("Commissioner"). (Docs. 17, 18).

Plaintiff filed a timely notice of appeal on October 5, 2004. (Doc. 19). On November 2, 2006, the Ninth Circuit Court of Appeals, issued an unpublished memorandum and judgment reversing and remanding this Court's judgment. (Doc. 30). On appeal, the Ninth Circuit opined that the ALJ both applied the wrong legal standards and determined that Plaintiff was not disabled despite the lack of substantial evidence. (Doc. 30 at 2-5). The Ninth Circuit also instructed the ALJ

1 | to consider and apply additional codified rules on remand.  (Doc. 30 at 4-5).

2 |      Based on the foregoing, IT IS HEREBY ORDERED THAT:

3 |      1.  This matter is REMANDED, under sentence four of the Social Security Act, 42 U.S.C.

4 |          405(g), for a rehearing by the ALJ, pursuant to the Ninth Circuit's memorandum; and

5 |      2.  This Clerk of the Court VACATE the previous judgment for the Commissioner, (Doc.

6 |          18), ENTER judgment for Plaintiff; and CLOSE the case.

8 | IT IS SO ORDERED.

9 | Dated:  **January 31, 2007**                                                  **/s/ Theresa A. Goldner**
   **j6eb3d**                                                           UNITED STATES MAGISTRATE JUDGE